USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/21/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
IN THE MATTER OF A DEPOSITION
SUBPOENA SERVED IN:

In re MTE Holdings LLC, *et al.*, pending in the United States Bankruptcy Court for the District of Delaware, Case No. 19-12269 (CSS)

---

Angelo, Gordon & Co., L.P.,

    Movant,

-against-

MTE Holdings LLC,

    Respondent.

20 Misc. 23 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On January 13, 2020, Movant, Angelo, Gordon & Co. L.P., moved to quash a subpoena served upon it by Debtor MTE Holdings in Case No. 19-12269 in the United States Bankruptcy Court for the District of Delaware. ECF No. 1. It is hereby ORDERED that by **February 4, 2020**, Respondent shall respond to the motion in a brief not to exceed 15 pages.

    SO ORDERED.

Dated: January 21, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge