UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
IN THE MATTER OF A DEPOSITION
SUBPOENA SERVED IN:

In re MTE Holdings LLC, *et al.*, pending in the United States Bankruptcy Court for the District of Delaware, Case No. 19-12269 (CSS)

Angelo, Gordon & Co., L.P.,

    Movant,

-against-

MTE Holdings LLC,

    Respondent.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/2020

20 Misc. 23 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On January 21, 2020, the Court ordered Respondent to file a brief not to exceed 15 pages responding to Movant's motion to quash by February 4, 2020. ECF No. 6. That submission is now overdue. Accordingly, it is ORDERED that by **February 14, 2020**, Respondent shall file the overdue brief.

    SO ORDERED.

Dated: February 7, 2020
       New York, New York

ANALISA TORRES
United States District Judge