**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Angelo, Gordon & Co., L.P.,

                    Movant

    -against-                                              20 Misc. 23

MTE Holdings LLC, *et al.*

                    Respondent.

## NOTICE OF ANGELO, GORDON & CO., L.P.'S MOTION
## FOR REIMBURSEMENT OF ATTORNEY'S FEES AND EXPENSES

**PLEASE TAKE NOTICE** that pursuant to the Court's order of August 13, 2020 (ECF

No. 9) and upon the Declaration of Genna L. Ghaul dated August 27, 2020 (the "Ghaul

Declaration") and all prior proceedings herein, Movant Angelo, Gordon & Co. L.P. ("Angelo

Gordon") respectfully moves this Court for reimbursement of expenses, including reasonable

attorney's fees, incurred in connection with pursuing the motion to quash a deposition subpoena

(ECF Nos. 1 & 2) in the above-captioned matter.  Angelo Gordon requests reimbursement of

fees and expenses as described in the accompanying Ghaul Declaration.

 Dated:  August 27, 2020                    Respectfully submitted,


                                           */s/     Genna L. Ghaul*
                                           Laura W. Sawyer
                                           Genna L. Ghaul
                                           Furqaan Siddiqui
                                           JONES DAY
                                           250 Vesey Street
                                           New York, New York  10281
                                           Telephone:  (212) 326-3939
                                           Facsimile:  (212) 755-7306

                                           *Counsel for Movant, Angelo, Gordon & Co.,*
                                           *L.P.*